**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      *Bruce I. Schimmel v. Gary McGregor, Teri McGregor, Kris Hall, Soledad Pineda, Larry Bishop, Cynthia Bishop, George Clark, Deborah Clark, and Carol Severance*

Appellate case number:   01-13-00721-CV

Trial court case number:   2013-05146

Trial court:                 113th District Court of Harris County

Date motion filed:         July 24, 2014

Party filing motion:       Appellees

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                            ☐ Acting individually    ☒ Acting for the Court

Panel consists of:  Justices Keyes, Bland, and Brown

Date:  September 18, 2014